NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

ATLANTIC RESEARCH MARKETING SYSTEMS, INC.,
*Plaintiff-Appellant,*

v.

STEPHEN P. TROY, JR. AND TROY INDUSTRIES, INC.,
*Defendants-Cross Appellants.*

---

2011-1002, -1003

---

Appeals from the United States District Court for the District of Massachusetts in case no. 07-CV-11576, Judge Patti B. Saris.

---

ON MOTION

---

Before GAJARSA, *Circuit Judge.*

## ORDER

Stephen P. Troy, Jr. and Troy Industries, Inc. (Troy) move to stay the briefing schedule in these appeals pending the disposition of Troy's motion to compel, filed in this case at the United States District Court for the District of

Massachusetts.   Atlantic Research Marketing Systems, Inc. (Atlantic) opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay is denied.

FOR THE COURT

MAY 1 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul J. Hayes, Esq.
    Damian R. LaPlaca, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 6 2011**

**JAN HORBALY**
**CLERK**